UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN BERNARD JEFFERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-471** |
| **DARREL VANNOY, WARDEN** | **SECTION: "H"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Calvin Bernard Jefferson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, 31st day of March, 2022.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**