UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN BERNARD JEFFERSON | CIVIL ACTION |
| VERSUS | NO. 21-471 |
| WARDEN DARREL VANNOY | SECTION: H (5) |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

__X__ a certificate of appealability shall not be issued for the following reason(s):

Petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, this 27th day of May, 2022.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**