# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 8, 2022
Lyle W. Cayce
Clerk

No. 22-30232

CALVIN BERNARD JEFFERSON,

*Petitioner—Appellant*,

*versus*

TIM HOOPER, *Warden, Louisiana State Penitentiary*,

*Respondent—Appellee.*

Application for Certificate of Appealability from the
United States District Court for the Eastern District of Louisiana
USDC No. 2:21-CV-471

ORDER:

    Calvin Bernard Jefferson, Louisiana prisoner #500238, seeks a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 application challenging his conviction for second degree murder. He contends that the state court erred in denying his motion to suppress his incriminating statements to the police. In addition, Jefferson argues that his guilty plea, entered pursuant to *North Carolina v. Alford*, 400 U.S. 25 (1970), was unknowing and involuntary because he received no sentencing benefit and that his trial counsel rendered ineffective assistance by advising him to enter an *Alford* plea.

Certified as a true copy and issued
as the mandate on Nov 30, 2022
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-30232

To obtain a COA, Jefferson must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Because the district court rejected his claims on the merits, he "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*, 529 U.S. at 484. Jefferson has not made the requisite showing. Accordingly, his COA motion is DENIED.

*/s/ Cory T. Wilson*
CORY T. WILSON
*United States Circuit Judge*