# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 30, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 22-30232   Jefferson v. Hooper
                      USDC No. 2:21-CV-471

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned (1 Box of State Court Papers to be returned under separate cover)

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Allison G. Lopez, Deputy Clerk
                                            504-310-7702

cc:  Mr. Matthew B. Caplan
     Mr. Calvin Bernard Jefferson